KAUFF McGUIRE & MARGOLIS LLP
Karen A. Rooney (SBN 096013)
rooney@kmm.com
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Telephone: (424) 226-0609
Facsimile: (310) 773-9250

*Attorneys for Defendant Filmatique, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY MEJICO, an individual, | Case No.: 5:20-cv-2378(JWH)(SP) |
| Plaintiff, | |
| v. | **OFFER OF JUDGMENT** |
| FILMATIQUE, LLC, a New York limited liability company; and DOES 1—10, inclusive | First Amended Complaint Filed: January 21, 2021 |
| Defendants. | |

To:  Scott J. Ferrell, Bar. 202091
     PACIFIC TRIAL ATTORNEYS
     4100 Newport Place Drive, Ste. 800
     Newport Beach, CA 92660
     Tel: (949) 706-6464
     Fax: (949) 706-6469
     sferrell@pacifictrialattorneys.com
     *Attorneys for Plaintiff*

Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), Defendant Filmatique, LLC ("Defendant") hereby offers to allow judgment to be taken against it in this action instituted by Plaintiff Brittney Mejico ("Plaintiff") in the amount of $5,000 to fully resolve the captioned case, which sum includes any liability for costs of suit and attorneys' fees.

If accepted, no further relief shall be granted in this action against Defendant, including, without limitation, equitable relief and any award of additional

1

4847-2907-1833.2

costs or attorneys' fees. To be specific, this amount is inclusive of Plaintiff's costs and attorney's fees. In accepting the offer, Plaintiff waives any right to apply for an award of costs and/or attorney's fees.

This offer of judgment is made for the purposes specified in Fed. R. Civ. P. 68, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff has suffered any damages.

This offer shall expire if not accepted in the manner and within the time provided in Fed. R. Civ. P. 68.

Dated: January 27, 2021

                          KAUFF McGUIRE & MARGOLIS

                          By:   */s/ Karen A. Rooney*
                                  Karen A. Rooney
                                  1901 Avenue of the Stars, No. 450
                                  Los Angeles, CA 90067
                                  *Attorneys for Defendant Filmatique, LLC*

4847-2907-1833.2

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Defendant Filmatique, LLC's Fed. R. Civ. P. 68 Offer of Judgment to be served by mail via Federal Express (with a copy by email) on January 27, 2021 upon:

Scott J. Ferrell
PACIFIC TRIAL ATTORNEYS
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
sferrell@pacifictrialattorneys.com
*Attorneys for Plaintiff*

Dated: January 27, 2021

/s/ *Karen A. Rooney*
Karen A. Rooney

3

4847-2907-1833.2