PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY MEJICO, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>FILMATIQUE LLC, a New York limited liability company; and DOES 1 – 10, inclusive,<br><br>        Defendants. | Case No. 5:20-cv-2378 JWH (SPx)<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT** |

1
2
3
4

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Brittney Mejico, through her undersigned counsel, hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment to Plaintiff dated January 27, 2021 [Dkt. 13].

5
6

Dated:  January 28, 2021                    PACIFIC TRIAL ATTORNEYS, APC

7
8
9

By:  */s/ Scott J. Ferrell*
Scott. J. Ferrell
Attorneys for Plaintiff

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2021, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell