KAUFF McGUIRE & MARGOLIS LLP
Karen A. Rooney (SBN 096013)
rooney@kmm.com
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Telephone: (424) 226-0609
Facsimile: (310) 773-9250

JS-6

*Attorneys for Defendant Filmatique, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRITTNEY MEJICO, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>FILMATIQUE, LLC, a New York limited liability company; and DOES 1—10, inclusive<br><br>        Defendants. | Case No.: 5:20-cv-2378(JWH)(SPx)<br><br>**JUDGMENT BY DEPUTY CLERK PURSUANT TO RULE 68(a)**<br><br>First Amended Complaint Filed: January 21, 2021 |

On January 27, 2021, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), Defendant Filmatique, LLC ("Defendant") offered to allow judgment to be taken against it in this action instituted by Plaintiff Brittney Mejico ("Plaintiff") in the amount of $5,000 to fully resolve the captioned case, which sum includes any liability for costs of suit and attorneys' fees (the "Offer"). On January 28, 2021, Plaintiff accepted the Offer.

///

///

///

///

///

1    Based on the foregoing and Plaintiff's acceptance of the Offer,
2    IT IS ORDERED AND ADJUDGED that Plaintiff shall take $5,000 from the
3 Defendant, that the action be dismissed on the merits and that nor further relief of any
4 kind be available to either party.
5
6 **IT IS SO ORDERED.**
7
8 Dated:  February 2, 2021                    UNITED STATES DISTRICT COURT
9
10                                            _____
11                                            IRENE VAZQUEZ, DEPUTY CLERK